UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN WEINER | : |
| Plaintiff (s) | : |
| vs. | : Civil No. 10-6296 (JHR-JS) |
| | : |
| | : **ORDER OF DISMISSAL** |
| TRUMP MARINA et al. | : |
| Defendant (s) | : |
| | : |

-----------------------------------------------------

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this 20th day of July, 2011**

**ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.

s / *Joseph H. Rodriguez*
**UNITED STATES DISTRICT JUDGE**

cc:   Hon. Joseph H. Rodriguez
      Hon. Joel Schneider